**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

RETAIL SIMPLY LLC, a Michigan
Entity, and MICHELLE TINK, an
Individual Michigan Resident

|  |  |  |
|---|---|---|
| Plaintiffs, | ) | Civil Action Case No. 21-10957 |
|  | ) | Hon. David M. Lawson |
|  | ) |  |
| KOEN DEWITTE, et al. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants, | ) |  |

**FIRST AMENDED COMPLAINT-ACTION FOR DAMAGES FOR COPYRIGHT INFRINGEMENT, COMMON LAW TRADEMARK INFRINGEMENT, UNFAIR COMPETITOR AND VIOLATION OF MICHIGAN CONSUMER PROTECTION ACT**

Plaintiff, MICHELLE TINK ('Tink'), and RETAIL SIMPLY LLC ('Retail Simply')

sues Defendants KOEN DEWITTE, MARIE VILCEUS, LLOYD MSIPA, JURGEN

HORCH, ANNETTE BYNOE SAVOURY, BRIAN HENDERSON, CRAIG ALLEN,

RUTH WEDEMEYER, KAROLIEN DANIES, RUSSELL COLEGROVE, MANU

KOTHARI, AMANDA DAVIS, PETER RATHJEN, WAYNE PATEMAN, KOHLER

STEFANIE, JASWANT THACKER, OLAF WILKES, ANDREW BESSETTE, ADAM

LIGHT, JEROME BARBIER, JAMIE DENNIS, JEROME BOL, KRISTIEN DE

GEYTER, SIJIN SOMERS, SUSAN HACK, PAUL DOUGLAS, FANNIE MOODY,

ANANYA KHALSA, KRISHNA SRINIVASAN, MUSTAFA SENGUPTA, MAI

YAMAGUCHI, ROBERT SLYKE, NICOLA PALMER, JULIA KANTOR, COONIE

POON, DEBBIE GOODENOUGH, FRANK HINDENBERGER, ANTONIO SHELTON,

1

KIMBERLY TAYLOR, ARNO WALDMANN, LONNIE JOHNSON, ALFONSO VELOSO, CRAIG TURLEY, ERIN FERNANDEZ, PHILIPPE BORGNE, MARIA BENACCHIO, PAUL RENAUD, CHRIS KENDRICK, ROCHELLE CLARDY, CRYSTAL KENNEDY, RUBEN MORALES, PHILIP WALL, DONNA BELSHAW, MONROE BLACKWELL, CONALL BARR, VERNADETTE STEVENS, JENS KOHLHAUSE, SARILYN MURPHY, DOUGLAS ASHY, ROBERT JUMP, SHANE MAKANANI, BRANDI CURTIS, JEANNE NORTON, LESLEY KELLY, LOGAN GEMMA, RICHARD DORION, ROBERT FREDERICK, SAMUEL LADITAN, NATHALIE GATIEN, REBECCA ZIADEH, DIANA CHISOLM, ASHLEY HUGHES, GERARD RYAN, MORGAN COOPER, SUSAN AUSTIN, THIERRY PAUVERT, CHRISTOPHER CARSON, SHELLIE CARTER, YEUH MORRIS, and BENJAMIN HILLS for Copyright Infringement, Common Law Trademark Infringement, Unfair Competition and Violation of the Michigan Consumer Protection Act.

## Introduction

1. This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"), common law Trademark Rights, and Unfair Competition.

2. Defendants are persistent online infringers of Plaintiffs' Copyrights and Trademarks. Indeed, using the identities as set forth below, Defendants have used the platform Etsy to illegally distribute each of the Copyrighted works and Common Law Marks set forth in Exhibit A and B.

3. Plaintiff Tink is the registered owner of the Copyrights set forth in Exhibit A as well as the Common law Trademarks set forth in Exhibit B.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition). This Court has personal jurisdiction over Defendants because a substantial part of the events or missions giving rise to the claims herein occurred in this judicial district. Furthermore, this Court has personal jurisdiction over Defendant's according to MCL 600.705 in that their actions directly caused consequences to occur in this district.

5. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367, because they involve the same parties, they arise from the same operative facts common to the causes of action arising under the federal claims, and because the exercise of pendant jurisdiction serves the interests of judicial economy, convenience and fairness to the parties.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) many of the Defendants reside in a country not the United States.

## Parties

7. Plaintiff, Retail Simply, LLC (d/b/a) InGENIUS is a Michigan limited liability company organized and existing under the laws of the state of Michigan and has its principal place of business 5546 Beauchamp, West Bloomfield MI 48322 in Oakland County.

8. Michelle Tink is an individual resident in the state of Michigan.

9. Plaintiff only knows Defendants by his/her Etsy stores and the names and addresses of the purported store owners provided by them in their submitted DMCA counter notices.

10. Upon information and belief, the names and contact information provided to the Plaintiff

were made up and the true identities of those Defendants are currently unknown.

11. The names and addresses given to Defendant in the DMCA counter notices are;

    A.    KOEN DEWITTE is purportedly a citizen of Belgium and has a physical address of 92 Bovekerkestraat Koekelare, 8680;

    B.    MARIE VILCEUS is purportedly a citizen of the United States and has a physical address of 2677 Links Overlook Drive Dacula, Georgia, 30019;

    C.    LLOYD MSIPA is purportedly a citizen of the United Kingdom and has a physical address of 72 Dovehouse Mead, Barking, IG11 7EB;

    D.    JURGEN HORCH is purportedly a citizen of Germany and has a physical address of Kirchgasse 11 Obersontheim, 74423;

    E.    ANNETTE BYNOE SAVOURY is purportedly a citizen of Canada and has a physical address at 109 St NW NW 2511 Edmonton Alberta, T6J5C8;

    F.    BRIAN HENDERSON is purportedly a citizen of Canada and has a physical address of 686 GREEN STPORT ELGIN Ontario, N0H 2C0;

    G.    CRAIG ALLEN is purportedly a citizen of Australia and has a physical address of 77 Mannum Rd Murray Bridge, South Australia, 5253;

    H.    RUTH WEDEMEYER is purportedly a citizen of the United States and has a physical address of 379 Lakeview Blvd, Biloxi, Mississippi, 39531;

    I.    KAROLIEN DANIES is purportedly a citizen of Hong Kong and

has a physical address of 36 Sloeveldstraat Hoeilaart, 1560;

J.   RUSSELL COLEGROVE is purportedly a citizen of the United States and has a physical address of 15424 Orleans Dr., Biloxi Mississippi, 39532;

K.   MANU KOTHARI is purportedly a citizen of Canada and has a physical address of 2955 Radisson Ave, Windsor Ontario, N9E 4N5;

L.   AMANDA DAVIS is purportedly a citizen of the United States and has a physical address of 4875 Seldon Way, Smyrna Georgia 30080-9265;

M.   PETER RATHJEN is purportedly a citizen of Germany and has a physical address of 5 Warteburgweg Heiligenhafen;

N.   WAYNE PATEMAN is purportedly a citizen of the United Kingdom and has a physical address of 11 Princes Close Runcorn, WA7 2JT;

O.   KOHLER STEFANIE is purportedly a citizen of Germany and has a physical address of 33 Häsener Weg, Zehdenick, 16792;

P.   JASWANT THACKER is purportedly a citizen of India and has a physical address of LSC, Mayur Vihar Phase 1 Extension, New Delhi 110091;

Q.   OLAF WILKES is purportedly a citizen of Germany and has a physical address of 35 Am Schlossberg, Bad Hoenningen 53557;

R.   ANDREW BESSETTE is purportedly a citizen of the United States and has a physical address of 81 Northgate, Burlington, Vermont 5408;

S.   ADAM LIGHT is purportedly a citizen of Australia and has a physical address of 8 Woodbury Rd, St Ives, New South Wales 2075;

T.   JEROME BARBIER is purportedly a citizen of Belgium and has a physical address of 13 Place Jean Ransy, Courcelles 6180;

U.   JAMIE DENNIS is purportedly a citizen of the United States and has a physical address of 3841 Forest Trail Dr., Sevierville Tennessee, 37876;

V.   JEROME BOL is purportedly a citizen of Belgium and has a physical address of 32 Rue des Resistants, Estaimpuis 7730;

W.   KRISTIEN DE GEYTER is purportedly a citizen of Belgium and has a physical address of 80 Krapstraat, Buggenhout 9255;

X.   SIJIN SOMERS is purportedly a citizen of Belgium and has a physical address of 86 Lindenstraat, Antwerp 2070;

Y.   SUSAN HACK is purportedly a citizen of the United Kingdom and has a physical address of 28 Middlemoor Road, Camberley GU16 8BU;

Z.   PAUL DOUGLAS is purportedly a citizen of the United Kingdom and has a physical address of 31 Festival Road, Ellesmere Port CH65 8HS;

AA. FANNIE MOODY is purportedly a citizen of the United States and has a physical address of 8505 Milford Ave, Silver Spring Maryland 20910;

BB. ANANYA KHALSA is purportedly a citizen of India and has a physical address of 51, Bishnu Apartments, NaliniGunj, Jammu

383134;

CC.   KRISHNA SRINIVASAN is purportedly a citizen of India and has a physical address of 35, Pirzada Apartments, Model Town, Nagpur 287586:

DD. MUSTAFA SENGUPTA is purportedly a citizen of India and has a physical address of 56, Gowri Society, Heer Nagar, Noida 256415;

EE.   MAI YAMAGUCHI is purportedly a citizen of Japan and has a physical address of 234 Oto Iwatsuki Ward Saitama;

FF. ROBERT VAN SLYKE is purportedly a citizen of the United States and has a physical address of 5897 Farmview Dr, Allendale, MI;

GG. NICOLA PALMER is purportedly a citizen of the United Kingdom and has a physical address at 72 Lancaster Ave, Gateshead, UK;

HH. JULIA ALISON KANTOR is purportedly a citizen of the United States and has a physical address of 12738 NW 83rd Ct, Pompano Beach, Florida;

II. COONIE K POON is purportedly a citizen of Canada and has a physical address of 50 Lauralcrest Pl, St Albert, Alberta;

JJ. DEBBIE GOODENOUGH is purportedly a citizen of the United Kingdom and has a physical address of 8 Priory Ave, Leek, UK;

KK. FRANK HINDENBERGER is purportedly a citizen of Germany and has a physical address of 1 Am Röswald, Rosenkopf;

LL. ANTONIO D SHELTON is purportedly a citizen of the United States and has a physical address at 3615 NE Bradford St, Lawton,

Oklahoma;

MM. KIMBERLY LAVERNE TAYLOR is purportedly a citizen of the United States and has a physical address of 35 Comet Ct, Parkville, Maryland;

NN. ARNO WALDMANN is purportedly a citizen of Germany and has a physical address at 25 Buchenweg, Baiersdorf;

OO. LONNIE RAYMOND JOHNSON is purportedly a citizen of the United States and has a physical address at 1545 Laurel Ave, Saint Paul, Minnesota;

PP. AFONSO D VELOSO SR is purportedly a citizen of the United States and has a physical address at 6014 Kiteridge Dr, Mckinney, Texas;

QQ. CRAIG TURLEY is purportedly a citizen of Canada and has a physical address at 186-8120 No.2 Road Suite 234, Richmond, British Columbia;

RR. ERIN FERNANDEZ is purportedly a citizen of the United States and has a physical address at 21 Onyx Ct 21 Onyx Ct, Passaic, New Jersey;

SS. PHILIPPE LE BORGNE is purportedly a citizen of France and had a physical address of 47 Roche Cintree, Huelgoat;

TT. MARIA BENACCHIO is purportedly a citizen of Canada and has a physical address at 79 WENTWORTH CIR SW, CALGARY, Alberta;

UU. PAUL RENAUD is purportedly a citizen of Canada and has a physical address at 3852 Bloomington Crescent, Mississauga, Ontario;

VV. CHRIS KENDRICK is purportedly a citizen of the United States and has a physical address of 7620 Rally Hill Rd, Harrison, Arkansas;

WW. ROCHELLE H CLARDY is purportedly a citizen of the United States and has a physical address at 12431 Materhorn Dr, Dallas, Texas;

XX. CRYSTAL KENNEDY is purportedly a citizen of the United States and has a physical address at 5219 Leon St, Oceanside, California;

YY. RUBEN MORALES is purportedly a citizen of the United States and has a physical address of 950 Brighton Ave, San Antonio, Texas;

ZZ. PHILIP A WALL is purportedly a citizen of Canada and has a physical address at 40 TRALEE ST, BRAMPTON, Ontario;

AAA. DONNA BELSHAW is purportedly a citizen of the United Kingdom and has a physical address 22 Scafell Grove, Wigan, UK;

BBB. MONROE BLACKWELL is purportedly a citizen of Germany and has a physical address at Jupiterweg 8, STUTTG;

CCC. CONALL JOSEPH BARR is purportedly a citizen of the United Kingdom and has a physical address of 63 Blackburn Cres, Londonderry, UK;

DDD. VERNADETTE K STEVENS is purportedly a citizen of the
United States and has a physical address of 6900 Newport Cove
Way, Sacramento, California;

EEE. JENS KOHLHAUSE is purportedly a citizen of Germany and has a
physical address at frankenstrat 7, Nordhausen;

FFF. SARILYN MURPHY is purportedly a citizen of the United States
and has a physical address of 419 Winterhaven Ln, Brownsville,
Texas;

GGG. DOUGLAS JEFFERY ASHY is purportedly a citizen of the
United States and has a physical address at 402 Bluebonnet Dr,
Lafayette, Louisiana;

HHH. ROBERT EDWARD JUMP is purportedly a citizen of the USA
and has a physical address of 2429 Churchill Dr, Bossier City,
Louisiana;

III. SHANE MAKANANI is purportedly a citizen of the USA and has a
physical address of 11112 Rainier Ave S, Seattle, Washington;

JJJ. BRANDI N CURTIS is purportedly a citizen of the USA and has a
physical address of 313 Brothers Ln, Jacksonville, North Carolina;

KKK. JEANNE NORTON is purportedly a citizen of Germany and has a
physical address of 1 Mühlbachstraße, Pirmas;

LLL. LESLEY KELLY is purportedly a citizen of the United Kingdom
and has a physical address of 13 ST MARYS CLOSE, Tice Hurst;

MMM. LOGAN GEMMA is purportedly a citizen of the United

Kingdom and has a physical address at 93 Caemawr Road, Swansea;

NNN. RICHARD JOHN DORION SR is purportedly a citizen of the USA and has a physical address at MR1310 W Lunt Ave #40, Chicago, Illinois;

OOO. ROBERT HILL FREDERICK is purportedly a citizen of the USA and has a physical address of 4415 Newton Ave N, Minneapolis, Minnesota;

PPP. SAM LADITAN is purportedly a citizen of the United Kingdom and has a physical address at 17 Swanfield Road, Waltham Cross;

QQQ. NATHALIE GATIEN is purportedly a citizen of the USA and has a physical address at 1081 Kelly Creek Cir, OVIEDO, Florida;

RRR. REBECCA ZIADEH is purportedly a citizen of the USA and has a physical address at 20 Tingley St, Rochester, North Carolina;

SSS. DIANA D CHISOLM is purportedly a citizen of the USA and has a physical address of 212 Norfolk Cir, WARNER ROBINS, Georgia;

TTT. ASHLEY HUGHES is purportedly a citizen of the USA and has a physical address of 2209 WABASH CT W, Columbus, Ohio;

UUU. GERARD RYAN is purportedly a citizen of Canada and has a physical address at 112 QUEEN TAMARA RD SE, CALGARY, Alberta;

VVV. MORGAN COOPER is purportedly a citizen of Singapore and has a physical address of 19 Tanglin Road #04-14 Tanglin Shopping

Centre, Singapore;

WWW. SUSAN AUSTIN is purportedly a citizen of Australia and has a
physical address of 325 Wahpunga Lane, Kin Kin, Queensland;

XXX. THIERRY PAUVERT is purportedly a citizen of France and has a
physical address at 23 Boulevard du Vaisseau, Marseille;

YYY. CHRISTOPHER MICHAEL CARSON is purportedly a citizen of
the USA and has a physical address of 14512 Kentish Fire St,
GAINESVILLE, Florida;

ZZZ. SHELLIE ALICIA CARTER is purportedly a citizen of the USA
and has a physical address at 53 Carrell Rd, RANDOLPH, New
Jersey;

AAAA. YEUH MORRIS is purportedly a citizen of the USA and has a
physical address of 6803 Rockford Pl, Tulsa, Oklahoma;

BBBB. BENJAMIN C HILLS is purportedly a citizen of Canada and has
a physical address at 430 LORETTA CRESCENT,
STOUFFVILLE, ONTARIO.

## **Factual Background**

*A) Plaintiff Tink is an established artist who makes a living creating original
designs for retail products operating under the entity Plaintiff Retail Simply*

12. Michelle Tink started her career as an online retail consultant, helping new
startups get their products on Amazon, Walmart, Costco, and other major
retailers.

13. After teaching herself to use design programs such as Adobe Photoshop and

Illustrator, Plaintiff Tink began creating her own designs under the brand name "InGENIUS." See Exhibit A and Exhibit B.

14. Up until the beginning of the Covid pandemic of early 2020, Plaintiff mainly sold her products through the "Merch by Amazon" program which allows artists to upload their own designs on products which Amazon then manufactures and distributes to the customers.

15. Plaintiff Tink's designs were and continue to be widely popular, which placed her in the top 10% of sellers in the "Merch by Amazon" program.

16. Plaintiffs now have over 160,000 products on Amazon platforms in 6 different countries.

17. The Covid pandemic caused many supply-chain disruptions in Amazon's "Merch by Amazon" program, so Plaintiff decided to focus more on her Etsy stores.

18. Etsy is a widely popular e-commerce website focused on handmade or vintage items and craft supplies.

19. Plaintiff quickly learned that many of her unique and original designs were being sold without her permission.

20. Despite filing, on average, 30 DMCA takedowns a day, there was no stop to Defendants' infringement as they either submitted fraudulent counter notices or simply opened a new Etsy store after theirs was taken down. (See Exhibit C displaying Plaintiffs efforts in reporting and tracking copyright violations by Etsy stores)

21. Each time one of Plaintiff's new designs became popular, rapid infringement

followed. (See Exhibit D displaying Etsy search results of countless stores appropriating Plaintiff's copyrighted "World Peace Tree" design).

22. Plaintiffs' livelihood is in jeopardy due to the chronic infringement that is depriving her of new sales;

       *B) <u>Defendant's Sell Products on Etsy displaying Plaintiff's original and copyrighted designs as well as "PNG Bundles" that include Plaintiff's original and copyrighted designs and Trademarks;</u>*

23. "PNG Bundles" are "products" that many Etsy stores sell that include numerous designs of a specific genre. Many, if not all, of the included designs in these bundles are copyrighted works of other artists.

24. PNG Bundles are especially harmful to Plaintiffs, and copyright holders in general, because the purchasers of these bundles believe they have a right to use the designs on their own products, and therefore, exponentially increase the infringement of the sold design.

25. Specifically, the Defendants infringements and Trademark appropriations include;

    a. Defendant KOEN DEWITTE operates the Etsy store "BigStepLife" which sells PNG bundles that include many of Plaintiff's copyrighted designs and Trademarks including "White Cancer Stars," "White Pisces Hollow," and "Stay Trippy Van Distressed." Plaintiff Tink submitted a DMCA takedown request for these designs on March 11th and March 12th of 2021, and Defendant responded with a fraudulent counter notice on March 13th and 16th respectively. Defendant continues to sell Plaintiff's original designs and Trademarks. (See exhibit E)

    b. Defendant MARIE VILCEUS operates the Etsy store "DaculaHomie" which

sells PNG bundles that include many of Plaintiff's copyrighted designs and Trademarks including "Red Mushroom Peace," "Green Christmas Tree with Words," "Love Peace Circle Different Colors," "Stay Trippy Van Distressed" and "Psychedlic Research Head Circle." Plaintiff Tink submitted a DMCA takedown request for these designs on March 25, 2021, and Defendant responded with a fraudulent counter notice on March 26th. Defendant continues to sell Plaintiff's original designs and Trademarks. (See Exhibit F).

c.   Defendant LLOYD MSIPA operates the Etsy store "DesignDigitalShopArt" which sells PNG bundles that include many of Plaintiff's copyrighted designs and Trademarks including "White Virgo Stars," "Sunflowers Bunch Blue Background." "World Peace Tree," "Sunflower Peace," "Rainbow Pisces Circle," "Pink Pisces Stars," "Sunflower & Rainbow Peace," and "I Teach the Cutest Bunnies in the Patch." Plaintiff Tink submitted a DMCA takedown request for these designs on March 12, and March 23, 2021, and Defendant responded with a fraudulent counter notice on March 18th and March 25th. Defendant continues to sell Plaintiff's original designs and Trademarks. (See Exhibit G).

d.   Defendant JURGEN HORCH operates the Etsy store "Digitalki" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Pineapple & Pizza Screw the Haters," "Killer Snowman," and "Merry Christmas Red Truck and Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on March 5th, 2021,

and Defendant responded with a fraudulent counter notice on March 5th. As of the date of this Complaint, Defendant continues to sell Plaintiff's original designs and Trademarks. (See Exhibit H). Since being served with the initial complaint, Defendant Horch has added the following of Plaintiff's designs to his store without Plaintiff's permission; "Dragonfly Half Moon," and "White Scorpio Stars."

e.   Defendant ANNETTE BYNOE SAVOURY operates the Etsy store "FlowerShop8888" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Four Seasons Peace Sign." Plaintiff Tink submitted a DMCA takedown request for these designs on March 12, 2021, and Defendant responded with a fraudulent counter notice on March 14th. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit I).

f.   Defendant BRIAN HENDERSON operates the Etsy store "funwithhandshop" which sells Tshirts that include many of the Plaintiff's copyrighted designs and Trademarks including "World Peace Tree" and "Red Hearts Peace Sign." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17 and April 18, 2021, and Defendant responded with a fraudulent counter notices on April 20th. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

g.   Defendant CRAIG ALLEN operates the Etsy store "HappyFashionstyle"

which sells PNG bundles that include the Plaintiffs copyrighted designs and Trademarks including "White Leo Stars." Plaintiff Tink submitted a DMCA takedown request for these designs on March 12, 2021, and Defendant responded with a fraudulent counter notice on March 16th. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit J). Since being served with the initial Complaint by email, Defendant Allen has added the following of Plaintiff's designs to his store without Plaintiff's permission; "White Taurus Zodiac Sign Hollow," "Aries Stars Zodiac Sign White," "4th of July," "Morels," "Peace Tribal," and "Gemini Zodiac."

h.  Defendant RUTH WEDEMEYER operates the Etsy store "HeatherCardinalColor" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Sagittarius Rainbow," "Peace Pink & Purple," "Sunflower Peace," "Sunflower & Rainbow Peace," "Rainbow Sprinkled," "Smores S'mores Marshmallow Camping Roasting Bonfire Group Hug," "American Flag Pig," "White Tarantula," and "90's Rap Was Better." Plaintiff Tink submitted a DMCA takedown request for these designs on February 22, March 10, March 27, March 29, and April 13, 2021, and Defendant responded with a fraudulent counter notice on February 24, March 12, March 30, March 31, and April 15, respectively. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit K).

i.  Defendant KAROLIEN DANIES operates the Etsy store "JoinTheHappy"

which sells PNG bundles that include the Plaintiffs copyrighted designs and Trademarks including "White Aries Stars," and "White Taurus Hollow." Plaintiff Tink submitted a DMCA takedown request for these designs on March 5, 2021, and Defendant responded with a fraudulent counter notice on March 10th. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit L) Since being served with the initial complaint by email, Defendant Danies has added the following of Plaintiff's designs to her store without Plaintiff's permission; "White Taurus Zodiac Sign Hollow," "Mushroom DNA," "World Peace Tree," "Sunflower Marijuana," "Queen Bee," and "Queen Camper."

j.  Defendant RUSSELL COLEGROVE operates the Etsy store "MangoAndLemon" which sells PNG bundles that include the Plaintiff's copyrighted designs and Trademarks including "Yellow Sunflower Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on March 29, 2021, and Defendant responded with a fraudulent counter notice on April 1st. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit M). Since being served with the initial complaint by email, Defendant Colegrove has added the following of Plaintiff's designs to his store without Plaintiff's permission; "Queen Camper."

k.  Defendant SUSAN HACK operates the Etsy store "PresentIsAGift" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Cats Van Peace," "Stay Trippy Van NOT

Distressed," "White Pisces Circle Solid," "Sunflower Peace," "Dragonfly," "Leo Circle Hollow," "Leo Circle Solid," "Red Capricorn Stars," "Teaching My Favorite Peeps," "Butterfly Tree," "Stroke Awareness Tree," "Grandma Bunny," "Skull Sunflower Sideways," "Peeps Marshmallow Peace," "Peace Love Bunny," "Peace Maroon & Blue," "Cream Flowers," "Earth Day Spelled Out," "Save the Bees," and "Taurus Hollow Circle." Plaintiff Tink submitted a DMCA takedown request for these designs on March 10, March 12, March 17, and March 27, 2021, and Defendant responded with a fraudulent counter notice on March 12, March 17, Match 19th and March 27, 2021, respectively. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit N).

l.   Defendant SIJIN SOMERS operates the Etsy store "PurpleCloundS" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "White Aries Stars." Plaintiff Tink submitted a DMCA takedown request for these designs on March 5, 2021, and Defendant responded with a fraudulent counter notice on March 5th. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit O). Since being served with the initial complaint via email, Defendant Somers has added the following of Plaintiff's designs to her store without Plaintiff's permission; "Red Aries Stars," and "Hoppy Hour."

m.  Defendant PAUL DOUGLAS operates the Etsy store "QuickShopDaily" which sells PNG bundles that include many of the Plaintiff's copyrighted

designs and Trademarks including "Sunflower Peace." Plaintiff Tink
submitted a DMCA takedown request for these designs on March 11, 2021,
and Defendant responded with a fraudulent counter notice on March 13th. As
of the date of this Complaint, Defendant continues to sell Plaintiff's
copyrighted designs and Trademarks. (See Exhibit P). Since being served
with the initial complaint via email, Defendant Douglas has added the
following of Plaintiff's designs to his store without Plaintiff's permission;
"White Tarantula."

n.   Defendant JAMIE DENNIS operates the Etsy store "QuinnaShop" which
sells PNG bundles that include many of the Plaintiff's copyrighted designs
and Trademarks including "Red Truck Christmas Tree," "Dragonfly,"
"Dragonfly 2," "Sunflower & Rainbow Peace," and "Bright Colors Peace."
Plaintiff Tink submitted a DMCA takedown request for these designs on
March 5, 2021, and Defendant responded with a fraudulent counter notice on
March 5th. As of the date of this Complaint, Defendant continues to sell
Plaintiff's copyrighted designs and Trademarks. (See Exhibit Q). Since being
served with the initial complaint via email, Defendant Dennis has added the
following of Plaintiff's designs to his store without Plaintiff's permission;
"Lets Go Hunting," "White Silhouette Mushrooms," and "Morel Mushroom
Patriotic USA Flag."

o.   Defendant JEROME BOL operates the Etsy store "SparklingStarsShop"
which sells PNG bundles that include many of the Plaintiff's copyrighted
designs and Trademarks including "Cats Van," "Butterfly Peace Sign," and

"Stay Trippy Van Distressed." Plaintiff Tink submitted a DMCA takedown request for these designs on February 15, 2021, and Defendant responded with a fraudulent counter notice on February 17th. As of the date of this Complaint, Defendant continues to sell Plaintiff's copyrighted designs and Trademarks. (See Exhibit R). Since being served with the initial complaint via email, Defendant Bol has added the following of Plaintiff's designs to his store without Plaintiff's permission; "Will You Marry Me" and "Shamrock Peace Sign."

p.  Defendant WAYNE PATEMAN operates the Etsy store "WayWayFunny" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Blow Me Harmonica." Plaintiff Tink submitted a DMCA takedown request for these on April 13, 2021, and Defendant responded with a fraudulent counter notice on April 15th. Since being served with the initial complaint via email, Defendant Pateman has added the following of Plaintiff's designs to his store without Plaintiff's permission; "Flamingo Christmas Tree," "Dragonfly Half Moon," "Peace Love Peace Sign," "Green Christmas Tree Musical Notes," "Dominican Butterfly," and "Easter Gnomes."

q.  Defendant MANU KOTHARI operates the Etsy store "WhiteBearFindsFish" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Peace Love Tribal," "Easter Gnomes," "Pink Flamingos Heart," and "Red Aries Stars." Plaintiff Tink submitted a DMCA takedown request for these designs on April 13, 2021, and Defendant

responded with a fraudulent counter notice on April 14th. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

r.   Defendant KRISTIEN DE GEYTER operates the Etsy store "YouthStoneFinds" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "White Aries Stars," "Cool Cat Sunglasses Peace," and "Teaching My Favorite Peeps." Plaintiff Tink submitted a DMCA takedown request for these designs on March 5, 2021, and Defendant responded with a fraudulent counter notice on March 5th. As of the date of this Complaint, Defendant continues to sell Plaintiff's original designs and Trademarks. (See Exhibit S). Since being served with the initial complaint via email, Defendant Geyter has added the following of Plaintiff's designs to her store without Plaintiff's permission; "Moon Lunar," "Macaws Drinking Margarita," "New Tree of Life."

s.   Defendant AMANDA DAVIS operates the Etsy store "DavisCorp" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Bunny in the Pocket," "Dabbing Leprechaun," and "Marijuana Plant Based." Plaintiff Tink submitted a DMCA takedown request for these designs on April 13, 2021, and Defendant responded with a fraudulent counter notice on April 15th. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

t.   Defendant PETER RATHJEN operates the Etsy store "LoveFantacySign"

which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Smores S'mores Marshmallow Camping Roasting Bonfire Group Hug." Plaintiff Tink submitted a DMCA takedown request for these designs on April 18, 2021, and Defendant responded with a fraudulent counter notice on April 20th. Since being served with the initial complaint by email, Defendant Rathjen has added the following of Plaintiff's designs to his store without Plaintiff's permission; "White Silhouette Mushrooms," "Aries Stars Zodiac Sign White," "Leopard Bunnies," "Save The Bees," and "Hippie Soul Peace."

u.   Defendant KOHLER STEFANIE operates the Etsy store "DenMarkArtDE" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Hippie Cat Van." Plaintiff Tink submitted a DMCA takedown request for these designs on April 18, 2021, and Defendant responded with a fraudulent counter notice on April 19th. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action. Since being served with the initial complaint via email, Defendant Stefanie has added the following of Plaintiff's designs to his store without Plaintiff's permission; "Peace Tribal"

v.   Defendant JASWANT THACKER operates the Etsy store "JaswantThacker" which sells Shirts that include Plaintiff's copyrighted design "World Peace Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, 2021, and Defendant responded with a fraudulent counter notice on April 20th. As of the date of this Complaint, Defendant's infringing

23

products have been temporarily removed by Etsy pending this action.

w.  Defendant OLAF WILKES operates the Etsy store "OlafDesignsShop" which
sells PNG bundles that include many of the Plaintiff's copyrighted designs and
Trademarks including "Leopard Bunnies." Plaintiff Tink submitted a DMCA
takedown request for these designs on April 17, 2021, and Defendant
responded with a fraudulent counter notice on April 20th. As of the date of
this Complaint, Defendant's infringing products have been temporarily
removed by Etsy pending this action.

x.  Defendant ANDREW BESSETTE operates the Etsy store "TheNailaStore"
which sells PNG bundles that include many of the Plaintiff's copyrighted
designs and Trademarks including "World Peace Tree," "Four Seasons
Peace," and "Hippie Cat Van." Plaintiff Tink submitted a DMCA takedown
request for these designs on April 17, 2021, and Defendant responded with a
fraudulent counter notice on April 20th. As of the date of this Complaint,
Defendant's infringing products have been temporarily removed by Etsy
pending this action.

y.  Defendant ADAM LIGHT operates the Etsy store "RyaShopDesign" which
sells PNG bundles that include many of the Plaintiff's copyrighted designs and
Trademarks including "Sunflower Peace Sign." Plaintiff Tink submitted a
DMCA takedown request for these designs on April 18, 2021, and Defendant
responded with a fraudulent counter notice on April 20th. Since being served
with the initial complaint via email, Defendant Light has added the following
of Plaintiff's designs to his store without Plaintiff's permission; "Taurus Circle

Hollow."

z. Defendant JEROME BARBIER operates the Etsy store "CookooTreeBird" which sells Shirts that include Plaintiff's copyrighted design "World Peace Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on April 19, 2021, and Defendant responded with a fraudulent counter notice on April 20th. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action. Since being served with the initial complaint via email, Defendant Barbier has added the following of Plaintiff's designs to his store without permission; "Yellow Sunflower Peace Sign," "White Silhouette Mushrooms," and "Virgo Zodiac Sign."

aa. Defendant FANNIE MOODY operates the Etsy store "Eldapas" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Cat Van" & "Stay Trippy Distressed." Plaintiff Tink submitted a DMCA takedown request for these designs on April 1, 2021, and Defendant responded with a fraudulent counter notice on April 8th. As of the date of this Complaint, Defendant continues to sell Plaintiff's original designs and Trademarks. (See Exhibit T). Since being served with the initial complaint, Defendant Moody has added the following of Plaintiff's designs to her store without Plaintiff's permission; "Orange Hippy Van."

bb. Defendant ANANYA KHALSA operates the Etsy store "GreenBeaver8954" which sells Tshirts that include Plaintiff's copyrighted design "World Peace Tree." Plaintiff Tink submitted a DMCA takedown request for these designs

on April 18, 2021, and Defendant responded with a fraudulent counter notice on April 23rd. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

cc. Defendant KRISHNA SRINIVASAN operates the Etsy store "GrayFox7805" which sells Tshirts that include Plaintiff's copyrighted design "World Peace Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, 2021, and Defendant responded with a fraudulent counter notice on April 23rd. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

dd. Defendant MUSTAFA SENGUPTA operates the Etsy store "VioletBeaver1509" which sells Tshirts that include Plaintiff's copyrighted design "World Peace Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, 2021, and Defendant responded with a fraudulent counter notice on April 23rd. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

ee. Defendant MAI YAMAGUCHI operates the Etsy store "YamaguchiJapan" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Four Seasons Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, 2021, and Defendant responded with a fraudulent counter notice on April 20th. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

ff. Defendant ROBERT VAN SLYKE operates the Etsy store "BlackPearlss" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Stay Trippy Distressed Van," "Teaching Favorite Peeps Dark," "Four Seasons Peace Sign," "Taurus White Hollow," and "Cats Hippie Van." Plaintiff Tink submitted a DMCA takedown request for these designs on April 24, 2021 and May 20, 2021, and Defendant responded with a fraudulent counter notice on April 27, 2021 and May 21, 2021. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

gg. Defendant NICOLA PALMER operates the Etsy Store "CandiStoreArt" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Stay Trippy Distressed," "Cats Hippie Van," "Four Seasons," "Rainbow Sunflower," "Colorful Groovy," "Love Peace Tribal," "Frog Circle," "Colorful Peace," and "Retro Hands." Plaintiff Tink submitted a DMCA takedown request for these designs on May 20, 2021 and Defendant responded with a fraudulent counter notice on May 21, 2021. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

hh. Defendant JULIA ALISON KANTOR operates the Etsy store "Carlenedribin," which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "World Peace Tree" and "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, 2021, and April 29, 2021, and Defendant

responded with a fraudulent counter notice on May 4, 2021. As of the date of this Complaint, Defendant's infringing products have been temporarily removed by Etsy pending this action.

ii.   Defendant COONIE K POON operates the Etsy store "ConnieKPoon" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Butterfly Peace," "Four Seasons Peace," "Frog Circle," "Stay Trippy Distressed," "Cats Hippie Van," and "Flamingo Turkey." Plaintiff Tink submitted a DMCA takedown request for these designs on March 5, March 28, March 29, April 25, May 5, and May 15, 2021 and Defendant responded with fraudulent counter notices on February 23, March 6, April 1, April 28, April 29, May 6, May 12, and May 18, 2021. As of the date of this Complaint, Defendant continues to sell Plaintiff's original designs and Trademarks. (See Exhibit V).

jj.   Defendant FRANK HINDENBERGER operates the Etsy store "Digitalozzote" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including "Mushroom DNA." Plaintiff Tink submitted a DMCA takedown request for these designs on April 23, 2021, and Defendant responded with a fraudulent counter notice on April 24, 2021.

kk.   Defendant DEBBIE GOODENOUGH operates the Etsy store "DebbieGoodenough" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Rainbow Pisces," "Colorado Marijuana Leaf," and "Earth Day." Plaintiff Tink submitted a

DMCA takedown request for these designs on April 27, May 7, and May 8, 2021 and Defendant responded with a fraudulent counter notice on April 30, May 11, and May 24, 2021.

ll. Defendant MARIA BENACCHIO operates the Etsy store "PicsGardenShop" which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "Taekwondo." Plaintiff Tink submitted a DMCA takedown request for these designs on May 11, 2021 and Defendant responded with a fraudulent counter notice on May 13, 2021.

mm. Defendant ANTONIO D SHELTON operates the Etsy store "Ettiecagley" which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, April 29, and May 14, 2021 and Defendant responded with a fraudulent counter notice on May 4, 2021.

nn. Defendant KIMBERLY LAVERNE TAYLOR operates the Etsy store "Euphemiawei" which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace" and "World Peace Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, April 29, and May 14, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

oo. Defendant ARNO WALDMANN operates the Etsy store "ArnoWaldmann" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Four Seasons Peace." Plaintiff Tink

submitted a DMCA takedown request for these designs on March 14, 2021

and Defendant responded with a fraudulent counter notice on March 18, 2021.

pp. Defendant LONNIE RAYMOND JOHNSON operates the Etsy store

"Kanialewis" which sells shirts that include many of the Plaintiff's copyrighted

designs and Trademarks including; "Cell of The Immune System," and "Floral

Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for

these designs on April 29, and May 14, 2021, and Defendant responded with a

fraudulent counter notice on May 4, 2021.

qq. Defendant AFONSO D VELOSO SR operates the Etsy store "Magmenard"

which sells shirts that include many of the Plaintiff's copyrighted designs and

Trademarks including; "Floral Butterfly Peace" and "Cell of The Immune

System." Plaintiff Tink submitted a DMCA takedown request for these

designs on April 29, May 14, 2021, and Defendant responded with a

fraudulent counter notice on May 4, 2021.

rr. Defendant CRAIG TURLEY operates the Etsy store "MindGone" which sells

PNG bundles that include many of the Plaintiff's copyrighted designs and

Trademarks including; "Four Seasons Peace." Plaintiff Tink submitted a

DMCA takedown request for these designs on May 8, 2021, and Defendant

responded with a fraudulent counter notice on May 11, 2021.

ss. Defendant PHILIPPE LE BORGNE operates the Etsy store

"PhilippeLeBorgneFR" which sells sweatshirts that include many of the

Plaintiff's copyrighted designs and Trademarks including; "Peace Sign

Colorful." Plaintiff Tink submitted a DMCA takedown request for these

designs on March 22, and May 5, 2021 and Defendant responded with a fraudulent counter notice on April 24, and May 6, 2021.

tt. Defendant ERIN FERNANDEZ operates the Etsy store "NorthernArtworkUS" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Ben Drankin." Plaintiff Tink submitted a DMCA takedown request for these designs on May 19, 2021, and Defendant responded with a fraudulent counter notice on May 24, 2021.

uu. Defendant PAUL RENAUD operates the Etsy store "PolorStore" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Christmas Red Truck & Tree," and "Flamingo Christmas Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on March 5, March 12, March 17, May 19, and May 20, 2021, and Defendant responded with a fraudulent counter notice on February 18, February 24, March 5, March 16, March 19, and May 21, 2021.

vv. Defendant CHRIS KENDRICK operates the Etsy store "Ricigalorath" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace," and "World Peace Tree." Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, and April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

ww. Defendant ROCHELLE H CLARDY operates the Etsy store "ShellyAveryCraft" which sells PNG bundles that include many of the

Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace," and "World Peace Tree."  Plaintiff Tink submitted a DMCA takedown request for these designs on April 17, and April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

xx. Defendant CRYSTAL KENNEDY operates the Etsy store "SunflyGrow" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Sunflower Peace Sign."  Plaintiff Tink submitted a DMCA takedown request for these designs on May 5, 2021, and Defendant responded with a fraudulent counter notice on May 6, 2021.

yy. Defendant RUBEN MORALES operates the Etsy store "WhaleAndOcean" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Four Seasons Peace."  Plaintiff Tink submitted a DMCA takedown request for these designs on May 8, 2021, and Defendant responded with a fraudulent counter notice on May 14, 2021.

zz. Defendant PHILIP A WALL operates the Etsy store "WindowShopByPhilip" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Stay Trippy Distressed" and "Cats Hippie Van."  Plaintiff Tink submitted a DMCA takedown request for these designs on May 20, 2021, and Defendant responded with a fraudulent counter notice on May 21, 2021.

aaa.   Defendant DONNA BELSHAW operates the Etsy store "BapCaiStore" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "White Sagittarius Stars," "Pastel Moon

Phases," "Pastel Hippie Soul," and "Peace Hand Sign ASL Grunge." Plaintiff
Tink submitted a DMCA takedown request for these designs on March 25,
March 27, and April 14, 2021, and Defendant responded with a fraudulent
counter notice on March 27, March 28, and March 29, 2021.

bbb.   Defendant MONROE BLACKWELL operates the Etsy store
"CarvalhoDaCunha" which sells PNG bundles that include many of the
Plaintiff's copyrighted designs and Trademarks including; "Skateboarding
Skeletons." Plaintiff Tink submitted a DMCA takedown request for these
designs on May 5, 2021, and Defendant responded with a fraudulent counter
notice on May 6, 2021.

ccc.   Defendant CONALL JOSEPH BARR operates the Etsy store
"ConallJoseph" which sells shirts that include many of the Plaintiff's
copyrighted designs and Trademarks including; "Morel Mushroom Patriotic
USA Flag." Plaintiff Tink submitted a DMCA takedown request for these
designs on May 22, 2021, and Defendant responded with a fraudulent counter
notice on May 24, 2021.

ddd.   Defendant VERNADETTE K STEVENS operates the Etsy store
"Dredinickels" which sells PNG bundles that include many of the Plaintiff's
copyrighted designs and Trademarks including; "Floral Butterfly Peace."
Plaintiff Tink submitted a DMCA takedown request for these designs on May
1, 2021, and Defendant responded with a fraudulent counter notice on May 4,
2021.

eee.   Defendant JENS KOHLHAUSE operates the Etsy store "FlamingoWarrior"

which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "Red Aries Zodiac Sign." Plaintiff Tink submitted a DMCA takedown request for these designs on May 5, 2021, and Defendant responded with a fraudulent counter notice on May 6, 2021.

fff. Defendant SARILYN MURPHY operates the Etsy store "ForestAndAngelo" which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "Peace & Love Colorful" and "Jesus & My Cat." Plaintiff Tink submitted a DMCA takedown request for these designs on March 27, 2021, and Defendant responded with a fraudulent counter notice on March 28, 2021.

ggg.   Defendant DOUGLAS ASHY operates the Etsy store "GenesimmonsGift" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on March 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

hhh.   Defendant ROBERT JUMP operates the Etsy store "Glorypowers" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

iii. Defendant SHANE MAKANANI operates the Etsy store "godsandghostsgallery" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly

Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on March 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

jjj. Defendant BRANDI CURTIS operates the Etsy store "Jocelynplasse" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on March 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

kkk. Defendant JEANNE NORTON operates the Etsy store "JohnnieBurr" which sells sweatshirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "We Stand Together." Plaintiff Tink submitted a DMCA takedown request for these designs on May 14, 2021, and Defendant responded with a fraudulent counter notice on May 18, 2021.

lll. Defendant LESLEY KELLY operates the Etsy store "KingsvgDesigns" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Skateboarding Skeletons." Plaintiff Tink submitted a DMCA takedown request for these designs on April 30, 2021, and Defendant responded with a fraudulent counter notice on May 3, 2021.

mmm. Defendant LOGAN GEMMA operates the Etsy store "LoganHeroSHop" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Let's Go Hunting," "Red Mushroom Peace," "Mushroom DNA," and "White Silhouette Mushrooms." Plaintiff Tink submitted a DMCA takedown request for these

designs on May 19, 2021, and Defendant responded with a fraudulent counter notice on May 24, 2021.

nnn.   Defendant RICHARD DORION operates the Etsy store "Millisenttull" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

ooo.   Defendant ROBERT FREDRICK operates the Etsy store "Mlhitz" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

ppp.   Defendant SAMUEL LADITAN operates the Etsy store "MydelightGifts" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Skateboarding Skeletons" and "Smoking Chef." Plaintiff Tink submitted a DMCA takedown request for these designs on April 30, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

qqq.   Defendant NATHALIE GATIEN operates the Etsy store "Pruebechtel" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

rrr. Defendant REBECCA ZIADEH operates the Etsy store "RecArtShop" which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "American Flag Paper Plane." Plaintiff Tink submitted a DMCA takedown request for these designs on May 15, 2021, and Defendant responded with a fraudulent counter notice on May 17, 2021.

sss. Defendant DIANA CHISOLM operates the Etsy store "ShouthernChic" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

ttt. Defendant ASHLEY HUGHES operates the Etsy store "Snowyshop" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Colorado MArijuana Leaf." Plaintiff Tink submitted a DMCA takedown request for these designs on May 8, 2021, and Defendant responded with a fraudulent counter notice on May 11, 2021.

uuu. Defendant GERARD RYAN operates the Etsy store "SugarYouTreats" which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "Namaste." Plaintiff Tink submitted a DMCA takedown request for these designs on May 11, 2021, and Defendant responded with a fraudulent counter notice on May 12, 2021.

vvv. Defendant MORGAN COOPER operates the Etsy store "Surpriseify" which sells shirts that include many of the Plaintiff's copyrighted designs and Trademarks including; "Pool Player." Plaintiff Tink submitted a DMCA

takedown request for these designs on May 14, 2021, and Defendant

responded with a fraudulent counter notice on May 15, 2021.

www. Defendant SUSAN AUSTIN operates the Etsy store "susan281096" which

sells PNG bundles that include many of the Plaintiff's copyrighted designs and

Trademarks including; "Mexican Roots," "American Born," "4th of July,"

"Let's Go Hunting," "Red Mushroom Peace," "Mushroom DNA," "White

Silhouette Mushrooms," "Taurus White Solid," and "Peace Tribal."  Plaintiff

Tink submitted a DMCA takedown request for these designs on May 8, and

May 19, 2021, and Defendant responded with a fraudulent counter notice on

May 12, and May 20, 2021.

xxx.   Defendant THIERRY PAUVERT operates the Etsy store

"ThierryPauvertMr" which sells PNG bundles that include many of the

Plaintiff's copyrighted designs and Trademarks including; "Aquarius White

Solid & Hollow," "Plant Based," and "Capricorn Rainbow."  Plaintiff Tink

submitted a DMCA takedown request for these designs on Marc 12, March 29,

and May 19, 2021, and Defendant responded with a fraudulent counter notice

on March 16, and April 1, 2021. As of the date of this Complaint, Defendant

continues to sell Plaintiff's original designs and Trademarks. (See Exhibit W).

yyy.   Defendant CHRISTOPHER CARSON operates the Etsy store "Wilonede"

which sells PNG bundles that include many of the Plaintiff's copyrighted

designs and Trademarks including; "Floral Butterfly Peace."  Plaintiff Tink

submitted a DMCA takedown request for these designs on April 29, 2021, and

Defendant responded with a fraudulent counter notice on May 4, 2021.

zzz.   Defendant SHELLIE CARTER operates the Etsy store "Amaletabechtel" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Floral Butterfly Peace." Plaintiff Tink submitted a DMCA takedown request for these designs on April 29, 2021, and Defendant responded with a fraudulent counter notice on May 4, 2021.

aaaa.  Defendant YEUH MORRIS operates the Etsy store "AngelCannonGifts" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Earth Day Spelled Out." Plaintiff Tink submitted a DMCA takedown request for these designs on May 5, 2021, and Defendant responded with a fraudulent counter notice on May 12, 2021.

bbbb. Defendant BENJAMIN C HILLS operates the Etsy store "BENJAMINCHILLS" which sells PNG bundles that include many of the Plaintiff's copyrighted designs and Trademarks including; "Easter Gnomes." Plaintiff Tink submitted a DMCA takedown request for these designs on May 18, 2021, and Defendant responded with a fraudulent counter notice on May 20, 2021.

26. Defendants' use of Plaintiffs' common law Trademarks unnecessarily confuse customers and damage Plaintiffs.

27. Defendants' sale of "PNG Bundles," which are falsely advertised as original lead to ever more infringement when purchasers of these bundles further use the designs.

28. Defendants know or should know that they are using Copyrights and Trademarks of not their own and that the sale of the "PNG Bundles" will result in further infringement.

29. Defendants have and continue to gain financially from their infringement.

30. Plaintiff has suffered sizable monetary damages due to Defendants actions and will continue to do so until Defendants are permanently enjoined.

## Miscellaneous

31. All conditions precedent to bringing this action have occurred or been waived.

32. Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

## COUNT I

## COPYRIGHT INFRINGEMENT

33. The allegations contained in paragraphs 1-32 are hereby re-alleged as if fully set forth herein.

34. Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit A, each of which covers an original work of authorship.

35. Defendants are selling products of "PNG BUNDLES" which contain the copyrighted works outlined in Exhibit A.

36. Plaintiff did not authorize, permit or consent to Defendant's distribution or reproduction of its works.

37. As a result of the foregoing, Defendants violated Plaintiff's exclusive right to:

    a. Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

    b. Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501; and

c.  Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works non sequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

38. Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

39. Plaintiffs have suffered damages due to these infringements and will continue to do so until Defendants are permanently enjoined.

## COUNT II
## COMMON LAW TRADEMARK INFRINGEMENT

40. The allegations contained in paragraphs 1-32 are hereby re-alleged as if fully set forth herein.

41. Plaintiffs have common law Trademark rights in the original inGENIUS designs set forth in Exhibit B.

42. Plaintiffs created each design from scratch and has continually used them in commerce for years.

43. Defendants are selling products and "PNG Bundles" containing Plaintiffs common law Trademarks.

44. Defendants use of Plaintiffs Trademarks are unauthorized and willful.

45. Plaintiffs have been damaged significantly by Defendants unauthorized use of Plaintiffs Trademarks and will continue to do so until Defendants are permanently enjoined.

## COUNT II

## VIOLATION OF THE LANHAM ACT
## FOR FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN
## UNDER 15 U.S.C. § 1125(a)

46. The allegations contained in paragraphs 1-32 are hereby re-alleged as if fully set forth herein.

47. As its third ground for relief, Plaintiff alleges federal unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

48. The actions of Defendants as alleged herein constitute intentional, willful, knowing and deliberate unfair competition.

49. As a direct and proximate result of Defendants' unfair competition, Plaintiffs have suffered and will continue to suffer irreparable loss of income, profits and goodwill and Defendants have and will continue to unfairly acquire income, profits and goodwill.

50. Defendants' acts of unfair competition will cause further irreparable injury to Plaintiff if Defendants are not restrained by this Court from further violation of Plaintiffs' rights. Plaintiff has no adequate remedy at law.

## COUNT III
## VIOLATION OF THE MICHIGAN CONSUMER PROTECTION ACT UNDER MCL 445.903

51. The allegations contained in paragraphs 1-32 are hereby re-alleged as if fully set forth herein.

52. Defendants' unauthorized use of Plaintiffs' Marks and Copyrights cause a probability of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services in violation of MCL 445.903)1)(a).

53. As a result of Defendants' actions, Plaintiffs have suffered substantial damages.

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin Defendants and all other persons who are in active concert or participation with Defendants from continuing to infringe Plaintiff's copyrighted works and Trademarks;

(B)     Order that Defendants delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C)     Order that Defendants delete and permanently remove the infringing copies of the works Defendant has on computers under Defendants' possession, custody or control;

(D)     Award Plaintiffs statutory damages in the amount of $150,000 per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E)     Award Plaintiffs its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)     Grant Plaintiff any other and further relief this Court deems just and proper.

## **DEMAND FOR A JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,


By:  *Matthew Kerry*
MATTHEW KERRY (P81793)
KERRY LAW, PLLC
214 S Main St. Suite 200

43

Ann Arbor, MI 48104
Telephone: (734) 263-1193
Facsimile: (734) 661-0765
Email: matt@kerrylawpllc.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S

COMPLAINT has been prepared using one of the font and point selections approved by the

Court in MI R USDCTED LR 5.1(a)(3).  This document was prepared using Times New

Roman (12 pt.).

By:   *Matthew Kerry*
        Matthew Kerry